**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
 YESHIVA OHR SHRAGA VERETZKY,

                                    Plaintiff,

          -against-                                              24 **CIVIL** 8477 (CS)

                                                                 **JUDGMENT**

TOWN OF HIGHLAND ZONING BOARD OF
APPEALS and TOWN OF HIGHLAND,

                                    Defendants.
-----------------------------------------------------------------X

          It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion & Order dated March 5, 2026, Defendants' motion to dismiss is

GRANTED and Plaintiff's claims are dismissed without prejudice; accordingly, the case is

closed.

**Dated:** New York, New York

          March 7, 2026

                                                  **TAMMI M. HELLWIG**
                                         _____
                                                  **Clerk of Court**

                              **BY:**              K. mango
                                         _____
                                                  **Deputy Clerk**