# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

YESHIVA OHR SHRAGA VERETZKY

_____

(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

TOWN OF HIGHLAND ZONING BOARD OF

APPEALS and TOWN OF HIGHLAND

(List the full name(s) of the defendant(s)/respondent(s).)

7:24-CV-08477 (CS)

**NOTICE OF APPEAL**

Notice is hereby given that the following parties:    YESHIVA OHR SHRAGA VERETZKY

_____

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the    ☒ judgment    ☒ order    entered on:    March 7, 2026

(date that judgment or order was entered on docket)

that:    granted motion to dismiss for lack of jurisdiction pursuant to Rule 12(b)1

(If the appeal is from an order, provide a brief description above of the decision in the order.)

March 11, 2026

Dated

Signature*

Barshov, Steven, as Attorney for Yeshiva Ohr Shraga Veretzky

Name (Last, First, MI)

| 20 Lagoon Lane | Haverstraw | New York | 10927 |
|---|---|---|---|
| Address | City | State | Zip Code |

| 917-886-4328 | | sb@sbarshovlaw.com | |
|---|---|---|---|
| Telephone Number | | E-mail Address (if available) | |

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2).  Attach additional sheets of paper as necessary.

Rev. 12/23/13